AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

WEST BEND MUTUAL INSURANCE
COMPANY

CASE NUMBER: 09 C 354

V.

ASSIGNED JUDGE: Judge Amy J. St. Eve

BELMONT STATE CORPORATION,
JAN GAD, MARK GIZYNSKI,
KIRK FORBES AND PETER WALA

DESIGNATED
MAGISTRATE JUDGE: Cox

TO: (Name and address of Defendant)

Peter Wala
6453 W. Sunnyside
Harwood Heights, Illinois 60706-4856

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William S. Piper
Riordan, McKee & Piper LLC
20 N. Wacker Dr. Suite 910
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

*Nadine Girley*
(By) DEPUTY CLERK

June 1, 2009
Date

IN THE UNITED STATES DISTRICT COURT
NORTHEN DISTRICT OF ILLINOIS

| | |
|---|---|
| West Bend Mutual Insurance Company ) | |
| ) | |
| v. ) | Case No. 09 CV 354 |
| ) | |
| Belmont State Corporation, Jan Gad, ) | |
| Mark Gizynski, Kirk Forbes and ) | |
| Peter Wala ) | |

## AFFIDAVIT OF SERVICE

Peter J. Saunders of Edward R. LeFevour and Associates being first duly sworn on oath deposes and says that he served the Summons and Amended Complaint for Exoneration, Specific Performance, Quia Timet, Indemnity, Fraud, Civil Conspiracy and Rico Violations on Peter Wala.

On June 22, 2009 at 8:31 P.M. I served who I believe to be Peter Wala in the backyard of 6453 W. Sunnyside, Harwood Heights, IL. The man that I served, who I believe to be Peter Wala is a white male, approximately 50 years old, with dark, balding hair.

As I approached the house on June 22, 2009 I heard voices in the backyard of this corner house. I walked down the sidewalk to the back and saw two men. I stated that I was looking for Peter Wala. The man who I believe to be Peter Wala stated that he did not know where Peter Wala lived and that he himself rented at 6453 W. Sunnyside, Harwood Heights, IL. He then entered the house. I asked the 2nd man, as he walked to the door, what the other man's name was and he said that he did not know!

I then went to the front door and mail for Peter Wala was visible in the mailbox. I then walked back to the backyard and the men were outside again. I told the dark haired man that I believed he was Peter Wala and I asked him to show me his ID to prove that he was not. He refused to show me his ID and he started to enter the house again. I tossed the papers into the yard and told him he was served. As I walked to my car he tossed the papers into the street.

While I believe I served Peter Wala personally, on June 23, 2009 I also mailed a 2nd set of papers to Peter Wala at 6453 W. Sunnyside, Harwood Heights, IL to complete the requirements for substitute service.

_____

Signed and sworn before me on this 8th day of July, 2009

_____ Notary Public

FRANK RUIZ
NOTARY PUBLIC OFFICIAL SEAL
STATE OF ILLINOIS
MY COMMISSION EXPIRES
SEPTEMBER 17, 2011