AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

WEST BEND MUTUAL INSURANCE
COMPANY

CASE NUMBER: 09 C 354

V.

ASSIGNED JUDGE: Judge Amy J. St. Eve

BELMONT STATE CORPORATION,
JAN GAD, MARK GIZYNSKI,
KIRK FORBES AND PETER WALA

DESIGNATED
MAGISTRATE JUDGE: Cox

TO: (Name and address of Defendant)

Mark Gizynski
4938-44 W. Belmont Ave.
Chicago, Illinois 60641

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William S. Piper
Riordan, McKee & Piper LLC
20 N. Wacker Dr. Suite 910
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within \_\_\_\_20\_\_\_\_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

*Nadine Girley* (signature)

------------------------------
**(By) DEPUTY CLERK**

June 1, 2009
------------------------------
Date

IN THE UNITED STATES DISTRICT COURT
NORTHEN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| West Bend Mutual Insurance Company | ) | |
| | ) | |
| v. | ) | Case No. 09 CV 354 |
| | ) | |
| Belmont State Corporation, Jan Gad, | ) | |
| Mark Gizynski, Kirk Forbes and | ) | |
| Peter Wala | ) | |

## AFFIDAVIT OF SERVICE

Peter J. Saunders of Edward R. LeFevour and Associates being first duly sworn on oath deposes and says that he served the Summons and Amended Complaint for Exoneration, Specific Performance, Quia Timet, Indemnity, Fraud, Civil Conspiracy and Rico Violations on Mark Gizynski.

On July 13, 2009 at 9:09 A.M. I served Mark Gizynski in the parking lot of the Lake County Public Works Department at 650 W. Winchester, Libertyville, IL. Mark Gizynski is a white male approximately 55 years old. A picture taken of Mark Gizynski after he was served is attached to this affidavit.

Signed and sworn before me on this 14TH day of July, 2009

_____ Notary Public

FRANK RUIZ
MY COMMISSION EXPIRES
SEPTEMBER 17, 2011

