UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| WEST BEND MUTUAL INSURANCE COMPANY, | ) ) | |
| Plaintiff, | ) ) | Case No. 09 C 354 |
| v. | ) ) | Honorable Judge Amy J. St. Eve |
| BELMONT STATE CORPORATION, JAN GAD, MARK GIZYNSKI, KIRK FORBES AND PETER WALA | ) ) ) ) | |
| Defendants. | ) | |

**DEFAULT JUDGMENT**

This matter coming before the court on the Motion of Plaintiff, West Bend Mutual Insurance Company ("West Bend"), for the entry of a default judgment pursuant to FRCP 55(b)(2) against Belmont State Corporation, Mark Gizynski individually and also known as Jan Gad, Mark Kaplan, and Henry Brown, and against Peter Wala, (Defendants) and the Court finding that an Order of Default was entered against said defendants on August 27, 2009, and the court having considered the Motion, the allegations of the Amended Complaint which are deemed admitted, and the affidavit of Brad Temple, and the court further finding pursuant to FRCP 54 (b) that while Plaintiff has not been able to serve Kirk Forbes with process, there is no just reason for the delay of the entry of a final judgment as to fewer than all defendants;

IT IS HEREBY ORDERED:

1. Plaintiff's Motion for Entry of Default Judgment is granted;

2. Judgment is entered against Belmont State Corporation, Mark Gizynski individually and also known as Jan Gad, Mark Kaplan, and Henry Brown, and against Peter Wala

1

      (Defendants) in the amount of $537,583.40 (compensatory damages)and treble damages under RICO, 18 U.S.C. Sec. 1964 (c) in the amount of $1,612,750.20 together with costs;

3    The Defendants are further ordered to immediately deposit with Plaintiff the sum of $107,816.00 pursuant to the obligations under the Indemnity Agreement (Paragraph 8).

4.    The Defendants are further ordered to separately and severally render a full and complete accounting to any and all assets under control by them or in which the Defendants have any interest or in which they have had an interest at any time in the past three years, as required under the indemnity agreement;

5.    The Defendants are further ordered to provide West Bend with immediate access to all books and records which in any manner relate, refer or pertain to the financial affairs of the Defendants;

6.    This judgment is final as to Belmont State Corporation, Mark Gizynski individually and also known as Jan Gad, Mark Kaplan, and Henry Brown, and Peter Wala,

Dated:  September 17, 2009                  Enter:

                                                            By_____
                                                              Amy J. St. Eve, District Judge